**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RUBY E. GUTHRIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-13-1308-C |
| ) | |
| AMERICAN FIDELITY ASSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Ruby E. Guthrie, and hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff dismisses with prejudice any and all claims alleged against Defendant, including all claims that were or might have been asserted in this action.

The Plaintiff further stipulates that each party shall be responsible for her or its own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED THIS 7th DAY OF JULY, 2014.**

s/ Mark Hammons
Mark Hammons, OBA No. 3784
HAMMONS, GOWENS, HURST &
    ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Christine@hammonslaw.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

☒   I hereby certify that on the 7th day of July, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants.

Victor F. Albert, OBA No. 12069
Crystal A. Johnson, OBA No. 21715
CONNER & WINTERS, LLP
1700 One Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 272-5711
Facsimile: (405) 232-2695
Email: valbert@cwlaw.com
           Cjohnson@cwlaw.com

                                                                  s/ Mark Hammons